EASON & TAMBORINI, A LAW CORPORATION
MATTHEW R. EASON, Bar No. 160148
Matthew@CapCityLaw.com
1234 H Street, Suite 200
Sacramento, CA 95814
Telephone: 916.438.1819

Attorneys for Plaintiffs
KEITH MYERS and KEVIN BARNES


LITTLER MENDELSON, P.C.
BARBARA A. BLACKBURN, Bar No. 253731
bblackburn@littler.com
KELSEY E. PAPST, Bar No. 270547
kpapst@littler.com
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200

Attorneys for Defendant
UTILITY SERVICE CO., INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MYERS AND KEVIN BARNES, | Case No. 2:17-CV-01187-KJM-KJN |
| Plaintiff, | **JOINT STIPULATED PROTECTIVE ORDER** |
| v. | |
| UTILITY SERVICE CO., INC. and Does 1-100, inclusive, | |
| Defendants. | |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Case No. 2:17-CV-01187-KJM-KJN

[PROPOSED] JOINT STIPULATED PROTECTIVE ORDER

## ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing, a Stipulated Protective Order consistent with the terms is entered.

**IT IS SO ORDERED.**

Dated: February 21, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Firmwide:152964469.1 093716.1001

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

2.  Case No. 2:17-CV-01187-KJM-KJN

[PROPOSED] JOINT STIPULATED PROTECTIVE ORDER