EASON & TAMBORINI, A LAW CORPORATION
MATTHEW R. EASON, Bar No. 160148
matthew@CapCityLaw.com
1234 H Street, Suite 200
Sacramento, CA 95814
Telephone: 916.438.1819
Fax No.: 916.438.1820

Attorneys for Plaintiffs
KEITH MYERS and KEVIN BARNES

LITTLER MENDELSON, P.C.
BARBARA A. BLACKBURN, Bar No. 253731
bblackburn@littler.com
NATHANIEL H. JENKINS, Bar No. 312067
njenkins@littler.com
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Attorneys for Defendant
UTILITY SERVICE CO., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MYERS AND KEVIN BARNES,<br><br>Plaintiff,<br><br>v.<br><br>UTILITY SERVICE CO., INC. and Does 1-100, inclusive,<br><br>Defendants. | Case No. 2:17-CV-01187-KJM-KJN<br><br>STIPULATION AND ORDER RE: REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM |

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATION AND ORDER RE: REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM

1

Case No. 2:17-CV-01187-KJM-KJN

Pursuant to Local Rule 271, Defendant Utility Service Co., Inc. and Plaintiffs Keith Myers and Kevin Barnes hereby stipulate as follows:

The parties agree to participate in the Court's Voluntary Dispute Resolution Program ("VDRP"). The parties propose that the VDRP process be completed by the end of January 2019, and that the Neutral shall file confirmation of completion in early February 2019.

The parties do not anticipate needing any modifications or additions to the Scheduling Order, and will meet and confer to determine if any discovery needs to be completed prior to completion of the VDRP.

**IT IS SO STIPULATED**.

Dated: November 8, 2018

*/s/ Matthew R. Eason (Approved 11/7/18)*
MATTHEW R. EASON
EASON & TAMBORNINI
Attorneys for Plaintiffs
KEITH MYERS AND KEVIN BARNES

Dated: November 8, 2018

*/s/ Barbara A. Blackburn*
BARBARA A. BLACKBURN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
UTILITY SERVICE CO., INC.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATION AND ORDER RE: REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM

2.

Case No. 2:17-CV-01187-KJM-KJN

## **ORDER**

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED.

DATED: November 14, 2018.

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATION AND ORDER RE: REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM

3.

Case No. 2:17-CV-01187-KJM-KJN