EASON & TAMBORNINI, A LAW CORPORATION
MATTHEW R. EASON, Bar No. 160148
matthew@CapCityLaw.com
1234 H Street, Suite 200
Sacramento, CA 95814
Telephone: 916.438.1819
Fax No.: 916.438.1820

Attorneys for Plaintiffs
KEITH MYERS and KEVIN BARNES

LITTLER MENDELSON, P.C.
BARBARA A. BLACKBURN, Bar No. 253731
bblackburn@littler.com
NATHANIEL H. JENKINS, Bar No. 312067
njenkins@littler.com
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
Telephone: 916.830.7200
Fax No.: 916.561.0828

Attorneys for Defendant
UTILITY SERVICE CO., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MYERS AND KEVIN BARNES,<br><br>Plaintiffs,<br><br>v.<br><br>UTILITY SERVICE CO., INC. and Does 1-100, inclusive,<br><br>Defendants. | Case No. 2:17-CV-01187-KJM-KJN<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME TO FILE DISPOSITIONAL DOCUMENTS** |

STIPULATION AND ORDER TO EXTEND THE TIME TO FILE DISPOSITIONAL DOCUMENTS    1    Case No. 2:17-CV-01187-KJM-KJN

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiffs KEITH MYERS and KEVIN BARNES (collectively "Plaintiffs") and |
| 3 | Defendant UTILITY SERVICE CO., INC. ("Defendant") (collectively, the "Parties"), by and through |
| 4 | their undersigned counsel, hereby stipulate and agree to extend the time to file dispositional |
| 5 | documents, as follows: |
| 6 | **WHEREAS**, on or about April 9, 2019, the Parties participated in the Court's |
| 7 | Voluntary Dispute Resolution Program (VDRP) before a Court Appointed Neutral; |
| 8 | **WHEREAS**, on or about April 9, 2019, the Parties reached an agreement to settle this |
| 9 | matter, but to date are still finalizing the terms of a settlement agreement. |
| 10 | **WHEREAS**, on May 13, 2019, the Court was notified that the Parties had completed |
| 11 | VDPR. The Court determined that dispositional documents should be filed on or before June 3, 2019. |
| 12 | **WHEREAS**, on August 14, 2019, the Parties met and conferred and agreed that more |
| 13 | time was needed to finalize their settlement agreement. Accordingly, the Parties agreed to extend the |
| 14 | deadline to file disposition documents up to and including August 28, 2019. |
| 15 | **THEREFORE**, the Parties hereby stipulate and agree, as follows: |
| 16 | (1) The deadline for the Parties to file dispositional documents is extended to August 28, |
| 17 | 2019. |
| 18 | **IT IS SO STIPULATED**. |

Dated: August 16, 2019

/s/*Matthew R. Eason (as approved on 8/16/19)*
MATTHEW R. EASON
EASON & TAMBORNINI
Attorneys for Plaintiffs
KEITH MYERS AND KEVIN BARNES

Dated: August 16, 2019

*/s/ Nathaniel H. Jenkins*
BARBARA A. BLACKBURN
NATHANIEL H. JENKINS
LITTLER MENDELSON, P.C.
Attorneys for Defendant
UTILITY SERVICE CO., INC.

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATION AND ORDER TO EXTEND THE TIME TO FILE DISPOSITIONAL DOCUMENTS

2.

Case No. 2:17-CV-01187-KJM-KJN

# **ORDER**

Having read and considered the parties' recitals and stipulation, as set forth above, and good cause appearing wherefore, the Court hereby orders as follows:

1) The deadline for the Parties to file dispositional documents is extended to August 28, 2019.

2) Any further extension of time requested must be supported by a detailed explanation and exceptionally good cause.

DATED: August 21, 2019.

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

STIPULATION AND ORDER TO EXTEND THE TIME TO FILE DISPOSITIONAL DOCUMENTS

3.

Case No. 2:17-CV-01187-KJM-KJN